57 A.3d 641

In re L.D.S., L.S., L.P.M.S., and L.R.M.S.

Petition of L.S., Father.

No. 177 EM 2012.

Supreme Court of Pennsylvania.

Dec. 14, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of December, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

57 A.3d 641

Isaac FLOYD, Petitioner

v.

PHILADELPHIA COURT OF COMMON PLEAS, Respondent.

No. 179 EM 2012.

Supreme Court of Pennsylvania.

Dec. 14, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of December, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**